**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ELITE RESTORATION, INC., | | CIVIL ACTION |
| Plaintiff, | | |
| v. | | |
| FIRST MERCURY INSURANCE COMPANY, | | NO. 19-2215 |
| Defendant. | | |

## ORDER

AND NOW, this 24th day of February, 2020, upon consideration of Defendant's Motion for Judgment on the Pleadings (Doc. No. 15) and the responses and replies thereto, it is hereby ORDERED that Defendant's Motion is GRANTED, and judgment is ENTERED in favor of Defendant on all Counts.

BY THE COURT:

s/ J. Curtis Joyner

_____

J. CURTIS JOYNER, J.